MACKEY *v.* CASON, JOHNSON & COMPANY.

FISH, J. The charge excepted to was not erroneous, nor was it, in view of the pleadings and evidence, open to the objection that it too greatly restricted the jury in passing upon the issues involved. The evidence warranted the verdict, and there was no abuse of discretion in refusing a new trial.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1.— Decided April 28, 1902.

Foreclosure of mortgage.    Before Judge Reese.    Hart superior court.    December 24, 1900.

*B. W. Boyd, A. A. McCurry*, and *A. G. & J. B. McCurry*, for plaintiff in error.    *W. L. Hodges* and *J. H. Skelton*, contra.